A

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
JFK FEDERAL BLDG., ROOM 320
BOSTON, MA  02203

RE:  ROQUEL-VEGA, KARLA
FILE:  A208-294-279                                    DATE: Dec 23, 2015

TO:

      ROQUEL-VEGA, KARLA
      112 PROSPECT ST.
      WALTHAM, MA 02453

      Please take notice that the above captioned case has been scheduled for a
MASTER hearing before the Immigration Court on Jan 26, 2016 at 1:00 P.M. at:

      JFK FEDERAL BLDG., ROOM 320
      BOSTON, MA  02203

      You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court.  Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
Appear in order to permit you the opportunity to obtain an attorney or
representative.  If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed.  You can request an
earlier hearing in writing.
      Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions:  (1) You may be taken into
custody by the Department of Homeland Security and held for further
action. OR (2) Your hearing may be held in your absence under section 240(b)(5)
of the Immigration and Nationality Act.  An order of removal will be entered
against you if the Department of Homeland Security established by
clear, unequivocal and convincing evidence that a) you or your attorney has
been provided this notice and b) you are removable.
      IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT
CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION
COURT BOSTON, MA  THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33.  ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.
      A list of free legal service providers has been given to you.  For
information regarding the status of your case, call toll free 1-800-898-7180
or 240-314-1500. For information on Immigration Court procedures, please
consult the Immigration Court Practice Manual, available at www.usdoj.gov/eoir.

                         CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)       PERSONAL SERVICE (P)
TO: [M] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP   [M] DHS
DATE: 12/23/15     BY: COURT STAFF _____              V3
      Attachments: [✓] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
JFK FEDERAL BLDG., ROOM 320
BOSTON, MA  02203

RE:  ROQUEL-VEGA, DIEGO
FILE:  A208-294-280                         DATE: Dec 23, 2015

TO:

    ROQUEL-VEGA, DIEGO
    112 PROSPECT ST.
    WALTHAM, MA  02453

    Please take notice that the above captioned case has been scheduled for a
MASTER hearing before the Immigration Court on Jan 26, 2016 at 1:00 P.M. at:

        JFK FEDERAL BLDG., ROOM 320
        BOSTON, MA  02203

    You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court.  Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
Appear in order to permit you the opportunity to obtain an attorney or
representative.  If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed.  You can request an
earlier hearing in writing.
    Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions; (1) You may be taken into
custody by the Department of Homeland Security and held for further
action. OR (2) Your hearing may be held in your absence under section 240(b)(5)
of the Immigration and Nationality Act.  An order of removal will be entered
against you if the Department of Homeland Security established by
clear, unequivocal and convincing evidence that a) you or your attorney has
been provided this notice and b) you are removable.
    IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT
CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION
COURT BOSTON, MA  THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33.  ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS."  CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.
    A list of free legal service providers has been given to you.  For
information regarding the status of your case, call toll free 1-800-898-7180
or 240-314-1500. For information on Immigration Court procedures, please
consult the Immigration Court Practice Manual, available at www.usdoj.gov/eoir.

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)      PERSONAL SERVICE (P)
TO: [M] ALIEN  [ ] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP [M] DHS
DATE: 12|23|15   BY: COURT STAFF _____                       V3
    Attachments: [X] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

B

## NOTICE OF HEARING IN REMOVAL PROCEEDINGS
### UNITED STATES IMMIGRATION COURT
### JFK FEDERAL BLDG., ROOM 320
### BOSTON, MA 02203

**DATE: January 26, 2016**

Lead Respondent Name: **VEGA-DEL ROQUEL, MARLENY SANTOS**
Lead file A#: **208-294-278** *1,279, 280*

*BJV*

Riders (if any):

Attorney/Representative (if any):

```
┌─────────────────────────────────────┐
│ FINGERPRINTS REQUIRED               │
│ ____ Asylum                         │
│ ____ Other _____           │
│ REPORT TO DHS (ROOM E-160)          │
└─────────────────────────────────────┘
```

Please take notice that the above captioned case has been scheduled for a **MASTER/INDIVIDUAL** hearing before the Immigration Court on _____*5/25/2016*_____ at _____*8.30 AM*_____ at:
### JFK FEDERAL BLDG., ROOM 320
### BOSTON, MA 02203

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing, except for exceptional circumstances**, may result in one or more of the following actions:

(1) You may be taken into custody by the Department of Homeland Security and held for further action, (OR)

(2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Department of Homeland Security established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

Failure to appear for this hearing other than because of exceptional circumstances** beyond your control will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act for a period of ten (10) years after the date of entry of the final order of removal.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT BOSTON, MA, THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND TELEPHONE NUMBER, BUT YOU MUST CLEARLY MARK THE ENVELOPE "**CHANGE OF ADDRESS**."

CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 240-314-1500. For information on Immigration Court procedures, please consult the Immigration Court Practice Manual, available at www.usdoj.gov/eoir.

** The term "**exceptional circumstances**" refers to circumstances such as serious illness of the alien or death of an immediate relative of the alien, but not including less compelling circumstances.

---

### CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:     MAIL (M)     PERSONAL SERVICE (P)
TO: [ ] ALIEN     [ ] ALIEN c/o Custodial Officer     [ ] ALIEN's ATT/REP     [ ] DHS
DATE: **Jan 26, 2016** BY: [ ] COURT STAFF _____ [ ] JUDGE _____
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

_____ V3

C

### NOTICE OF HEARING IN REMOVAL PROCEEDINGS
### UNITED STATES IMMIGRATION COURT
### JFK FEDERAL BLDG., ROOM 320
### BOSTON, MA 02203

DATE: May 25, 2016

Lead Respondent Name:  **VEGA-DEL ROQUEL, MARLENY SANTOS**
Lead file A#:  **208-294-278**

Riders (if any):  **208-294-279 ROQUEL-VEGA, KARLA**
**208-294-280 ROQUEL-VEGA, DIEGO**

| |
|---|
| FINGERPRINTS REQUIRED |
| ____Asylum |
| ____Other |
| REPORT TO DHS (ROOM E-160) |

Attorney/Representative (if any): **LAGANA, STEPHEN A (OP)**

Please take notice that the above captioned case has been scheduled for a **MASTER/INDIVIDUAL** hearing

before the Immigration Court on _____Nov. 23, 2016_____ at ___8:30___ at:
### JFK FEDERAL BLDG., ROOM 320
### BOSTON, MA 02203

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing, except for exceptional circumstances**, may result in one or more of the following actions:

(1) You may be taken into custody by the Department of Homeland Security and held for further action, (OR)

(2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Department of Homeland Security established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

Failure to appear for this hearing other than because of exceptional circumstances** beyond your control will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act for a period of ten (10) years after the date of entry of the final order of removal.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT BOSTON, MA, THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND TELEPHONE NUMBER, BUT YOU MUST CLEARLY MARK THE ENVELOPE "**CHANGE OF ADDRESS**."

CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 240-314-1500.  For information on Immigration Court procedures, please consult the Immigration Court Practice Manual, available at www.usdoj.gov/eoir.

** The term "**exceptional circumstances**" refers to circumstances such as serious illness of the alien or death of an immediate relative of the alien, but not including less compelling circumstances.

### CERTIFICATE OF SERVICE
```
THIS DOCUMENT WAS SERVED BY:      MAIL (M)      PERSONAL SERVICE (P)
TO: [ ] ALIEN   [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP     [ ] DHS
DATE: May 25, 2016 BY: [ ]COURT STAFF _____ [ ]JUDGE _____
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other
```

*Judge wants Supplemental In Sexe / Position*

D

## NOTICE OF HEARING IN REMOVAL PROCEEDINGS
## UNITED STATES IMMIGRATION COURT
### JFK FEDERAL BLDG., ROOM 320
### BOSTON, MA 02203

*InCal*

**DATE: November 23, 2016**

Lead Respondent Name:   **VEGA-DEL ROQUEL, MARLENY SANTOS**
Lead file A#:       **@ 208-294-278**

Riders (if any):   **@ 208-294-279 ROQUEL-VEGA, KARLA**
                   **@ 208-294-280 ROQUEL-VEGA, DIEGO**

| FINGERPRINTS REQUIRED |
| --- |
| ✗ Asylum |
| Other _____ |
| REPORT TO DHS (ROOM E-160) |

Attorney/Representative (if any): **LAGANA, STEPHEN A**

Please take notice that the above captioned case has been scheduled for a **MASTER/INDIVIDUAL** hearing before the Immigration Court on *March 15th 2018* at *8:30 am* at:

### JFK FEDERAL BLDG., ROOM 320
### BOSTON, MA 02203

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing, except for exceptional circumstances**, may result in one or more of the following actions:

(1) You may be taken into custody by the Department of Homeland Security and held for further action, (OR)

(2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Department of Homeland Security established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

Failure to appear for this hearing other than because of exceptional circumstances** beyond your control will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act for a period of ten (10) years after the date of entry of the final order of removal.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT BOSTON, MA, THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND TELEPHONE NUMBER, BUT YOU MUST CLEARLY MARK THE ENVELOPE **"CHANGE OF ADDRESS."**

CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 240-314-1500. For information on Immigration Court procedures, please consult the Immigration Court Practice Manual, available at www.usdoj.gov/eoir.

** The term **"exceptional circumstances"** refers to circumstances such as serious illness of the alien or death of an immediate relative of the alien, but not including less compelling circumstances.

### CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:       MAIL (M)         PERSONAL SERVICE (P)
TO: [ ] ALIEN    [ ] ALIEN c/o Custodial Officer    ( ) ALIEN's ATT/REP     [P] DHS
DATE: **Nov 23, 2016** BY: [X] COURT STAFF JY [ ] JUDGE ROBIN E. FEDER
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

V3

*30-day call-up*

E

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
JFK FEDERAL BLDG., ROOM 320
BOSTON, MA  02203

Law Office of Stephen A. Lagana
LAGANA, STEPHEN A
145 Essex St.
Lawrence, MA  01840

In the matter of            File A 208-294-278        DATE: Mar 19, 2018
VEGA-DEL ROQUEL, SANTOS MARLENY

___ Unable to forward - No address provided.

X Attached is a copy of the decision of the Immigration Judge. This decision
is final unless an appeal is filed with the Board of Immigration Appeals
within 30 calendar days of the date of the mailing of this written decision.
See the enclosed forms and instructions for properly preparing your appeal.
Your notice of appeal, attached documents, and fee or fee waiver request
must be mailed to:     Board of Immigration Appeals
                       Office of the Clerk
                       5107 Leesburg Pike, Suite 2000
                       Falls Church, VA 22041

___ Attached is a copy of the decision of the immigration judge as the result
of your Failure to Appear at your scheduled deportation or removal hearing.
This decision is final unless a Motion to Reopen is filed in accordance
with Section 242b(c)(3) of the Immigration and Nationality Act, 8 U.S.C. §
1252b(c)(3) in deportation proceedings or section 240(b)(5)(C), 8 U.S.C. §
1229a(b)(5)(C) in removal proceedings.  If you file a motion to reopen, your
motion must be filed with this court:
                       IMMIGRATION COURT
                       JFK FEDERAL BLDG., ROOM 320
                       BOSTON, MA  02203

___ Attached is a copy of the decision of the immigration judge relating to a
Reasonable Fear Review. This is a final order. Pursuant to 8 C.F.R. §
1208.31(g)(1), no administrative appeal is available. However, you may file
a petition for review within 30 days with the appropriate Circuit Court of
Appeals to appeal this decision pursuant to 8 U.S.C. § 1252; INA §242.

___ Attached is a copy of the decision of the immigration judge relating to a
Credible Fear Review. This is a final order. No appeal is available.

X Other: ___IJ Order_____

_____

                                    _____K T_____
                                    COURT CLERK
                                    IMMIGRATION COURT              FF

    cc: RUSHER, MARNA
        JFK BLDG, ROOM 425
        BOSTON, MA, 02203

F

U.S. Department of Justice
Executive Office for Immigration Review
*Board of Immigration Appeals*

OMB# 1125-0002

**Notice of Appeal from a Decision of an Immigration Judge**

<div style="text-align:left; writing-mode: vertical-lr">Staple Check or Money Order Here. Include Name(s) and "A" Number(s) on the face of the check or money order.</div>

**1.** List Name(s) and "A" Number(s) of all Respondent(s)/Applicant(s):

Santos Marleny Vega -Del Roquel          A#: 208-294-278

For Official Use Only

! **WARNING:** Names and "A" Numbers of everyone appealing the Immigration Judge's decision must be written in item #1. The names and "A" numbers listed will be the only ones considered to be the subjects of the appeal

**2.** I am ☑ the Respondent/Applicant     ☐ DHS-ICE   *(Mark only one box.)*

**3.** I am ☐ DETAINED          ☑ NOT DETAINED   *(Mark only one box.)*

**4.** My last hearing was at ___*March 15, 2018*___   *(Location, City, State)*

**5.** **What decision are you appealing?**

*Mark only one box below. If you want to appeal more than one decision, you must use more than one Notice of Appeal (Form EOIR-26).*

☑ I am filing an appeal from the Immigration Judge's decision *in merits proceedings* (example: removal, deportation, exclusion, asylum, etc.) dated ___03/19/2018___

☐ I am filing an appeal from the Immigration Judge's decision *in bond proceedings* dated _____ (For DHS use only: Did DHS invoke the automatic stay provision before the Immigration Court? ☐ Yes. ☐ No.)

☐ I am filing an appeal from the Immigration Judge's decision *denying a motion to reopen or a motion to reconsider* dated _____

*(Please attach a copy of the Immigration Judge's decision that you are appealing.)*

Form EOIR-26
Revised Oct. 2016

13

6. **State in detail the reason(s) for this appeal. Please refer to the General Instructions at item F for further guidance. You are not limited to the space provided below; use more sheets of paper if necessary. Write your name(s) and "A" number(s) on every sheet.**

The Immigration Judge erred in failing to find that the Respondent did not fear persecution on account of a statutory grounds.

*(Attach additional sheets if necessary)*

> **! WARNING:** You must clearly explain the specific facts and law on which you base your appeal of the Immigration Judge's decision. The Board may summarily dismiss your appeal if it cannot tell from this Notice of Appeal or any statements attached to this Notice of Appeal, why you are appealing.

7. Do you desire oral argument before the Board of Immigration Appeals?   ☐ Yes   ☑ No

8. Do you intend to file a separate written brief or statement after filing this Notice of Appeal?   ☑ Yes   ☐ No

> **! WARNING:** If you mark "Yes" in item #7, you should also include in your statement above why you believe your case warrants review by a three-member panel. The Board ordinarily will not grant a request for oral argument unless you also file a brief.
>
> If you mark "Yes" in item #8, you will be expected to file a written brief or statement after you receive a briefing schedule from the Board. The Board may summarily dismiss your appeal if you do not file a brief or statement within the time set in the briefing schedule.

9.   SIGN HERE ➡   X _[signature]_____     04/10/2018

                    Signature of Person Appealing                           Date
                    *(or attorney or representative)*

Form EOIR-26
Revised Oct. 2016

| 10. Mailing Address of Respondent(s)/Applicant(s) | 11. Mailing Address of Attorney or Representative for the Respondent(s)/Applicant(s) |
|---|---|
| Santos Marleny Vega-Del Roquel | Stephen A. Pegnam |
| (Name) | (Name) |
| 112 1/2 Prospect Street | 145 Essex Street |
| (Street Address) | (Street Address) |
| | |
| (Apartment or Room Number) | (Suite or Room Number) |
| Waltham, MA | Lawrence, MA |
| (City, State, Zip Code) | (City, State, Zip Code) |
| | 9787942331 |
| (Telephone Number) | (Telephone Number) |

**NOTE:** You must notify the Board within five (5) working days if you move to a new address or change your telephone number. You must use the Change of Address Form/Board of Immigration Appeals (Form EOIR-33/BIA).

**NOTE:** If an attorney or representative signs this appeal for you, he or she must file *with this appeal*, a Notice of Entry of Appearance as Attorney or Representative Before the Board of Immigration Appeals (Form EOIR-27).

12.

## PROOF OF SERVICE (You Must Complete This)

I ___Stephen A. Pegnam___ mailed or delivered a copy of this Notice of Appeal
    (Name)

on ___04/09/2018___ to ___Office of Chief Counsel___
      (Date)                    (Opposing Party)

at ___15 New Sudbury St. Rm. 425 Boston, MA 02203___
     (Number and Street, City, State, Zip Code)

**SIGN HERE** ➤  X _[signature]_
                                                    Signature

**NOTE:** If you are the Respondent or Applicant, the "Opposing Party" is the Assistant Chief Counsel of DHS – ICE.

**WARNING:** If you do not complete this section properly, your appeal will be rejected or dismissed.

**WARNING:** If you do not attach the fee or a completed Fee Waiver Request (Form EOIR-26A) to this appeal, your appeal may be rejected or dismissed.

## HAVE YOU?

- ☑ Read all of the General Instructions
- ☑ Provided all of the requested information
- ☑ Completed this form in English
- ☑ Provided a certified English translation for all non-English attachments
- ☑ Signed the form

- ☑ Served a copy of this form and all attachments on the opposing party
- ☑ Completed and signed the Proof of Service
- ☑ Attached the required fee or Fee Waiver Request
- ☑ If represented by attorney or representative, attach a completed and signed EOIR-27

Form EOIR-26
Revised Oct. 2016

**U.S. Department of Justice**
Executive Office for Immigration Review
*Board of Immigration Appeals*

OMB#1125-0005

**Notice of Entry of Appearance as Attorney or**
**Representative Before the Board of Immigration Appeals**

| (Type or Print) **NAME AND ADDRESS OF REPRESENTED PARTY** | | | **ALIEN ("A") NUMBER** (Provide A- number of the party represented or the visa beneficiary in this case.) |
|---|---|---|---|
| Santos Marleny | | Vega-Del Roquel | 208-294-278 |
| (First) | (Middle Initial) | (Last) | **USCIS Visa Appeal** (Provide beneficiary name) |
| 112 1/2 PROSPECT STREET | | | |
| (Number and Street) | | (Apt. No.) | **Fine** (Provide fine number) |
| WALTHAM | MA | 02453 | **Disciplinary case** (Provide docket number) |
| (City) | (State) | (Zip Code) | |

**Attorney or Representative (please check one of the following):**

[✓] I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest court(s) of the following states(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia (use additional space on reverse side if necessary) and I am not subject to any order disbarring, suspending, enjoining, restraining or otherwise restricting me in the practice of law in any jurisdiction (if subject to such an order, do not check this box and explain on reverse).

Full Name of Court  SJC of Massachusetts          Bar Number (if applicable)  659290

[ ] I am a representative accredited to appear before the Executive Office for Immigration Review as defined in 8 C.F.R. § 1292.1(a)(4) with the following recognized organization:

[ ] I am a law student or law graduate of an accredited U.S. law school as defined in 8 C.F.R. § 1292.1(a)(2).

[ ] I am a reputable individual as defined in 8 C.F.R. § 1292.1(a)(3).

[ ] I am an accredited foreign government official, as defined in 8 C.F.R. § 1291.1(a)(5), from _____ (country).

[ ] I am a person who was authorized to practice on December 23, 1952, under 8 C.F.R. § 1292.1(b).

**Attorney or Representative (please check one of the following):**

[✓] I hereby enter my appearance as attorney or representative for, and at the request of, the party named above.

[ ] EOIR has ordered the provision of a Qualified Representative for the party named above and I appear in that capacity.

I have read and understand the statements provided on the reverse side of this form that set forth the regulations and conditions governing appearances and representations before the Board of Immigration Appeals. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| SIGNATURE OF ATTORNEY OR REPRESENTATIVE | EOIR ID NUMBER | DATE |
|---|---|---|
| X | ZS428657 | 04/10/2018 |

**NAME OF ATTORNEY OR REPRESENTATIVE, ADDRESS, FAX & PHONE NUMBERS, & EMAIL ADDRESS**

| Name: Stephen | A | Pegnam |
|---|---|---|
| (First) | (Middle Initial) | (Last) |
| Address: 145 Essex Street | | |
| (Number and Street) | | |
| Lawrence | MA | 01840 |
| (City) | (State) | (Zip Code) |

Telephone: 978-794-2331    Facsimile: 978-794-2441    Email: lagana.law@gmail.com

[ ] Check here if new address

Form EOIR - 27
Rev. July 2015

**Indicate Type of Appearance:**

☐ Primary Attorney/Representative      ☑ Non-Primary Attorney/Representative

I am providing pro bono representation. Check one: ☐ yes  ☑ no

---

**Proof of Service**

I (Name) Stephen A. Pegnam, Esq.     mailed or delivered a copy of this Form EOIR-27 on (Date) 04/10/2018

to the ☐ DHS (U.S. Immigration and Customs Enforcement – ICE) at _____

☐ DHS (U.S. Citizenship and Immigration Services – USCIS) at _____

☐ EOIR Disciplinary Counsel at _____

X _____

Signature of Person Serving

---

**APPEARANCES** - An appearance for each represented party shall be filed on a separate Form EOIR-27 by the attorney or representative appearing in each appeal or motion to reopen or motion to reconsider before the Board of Immigration Appeals (see 8 C.F.R. § 1003.38(g)), even though the attorney or representative may have appeared in the case before the Immigration Judge or the U.S. Citizenship and Immigration Services. If information is omitted from the Form EOIR-27 or it is not properly completed, the appearance may not be recognized and the accompanying filing may be rejected. When an appearance is made by a person acting in a representative capacity, his/her personal appearance or signature constitutes a representation that, under the provisions in 8 C.F.R. part 1003, he/she is authorized and qualified to represent individuals and will comply with the EOIR Rules of Professional Conduct in 8 C.F.R. § 1003.102. Thereafter, substitution or withdrawal may be permitted upon approval by the Board of a request of the attorney or representative of record in accordance with *Matter of Rosales*, 19 I&N Dec. 655 (1988). Please note that appearances for limited purposes are not permitted. *See Matter of Velasquez*, 19 I&N Dec. 377, 384 (BIA 1986). Attorneys and Accredited Representatives (with full accreditation) must first update their address in eRegistry before filing a Form EOIR-27 that reflects a new address.

**FREEDOM OF INFORMATION ACT** - This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is in 28 C.F.R. §§ 16.1-16.11 and appendices. For further information about requesting records from EOIR under the Freedom of Information Act, see How to File a Freedom of Information Act (FOIA) Request With the Executive Office for Immigration Review, available on EOIR's website at http://www.justice.gov/eoir.

**PRIVACY ACT NOTICE** - The information requested on this form is authorized by 8 U.S.C. § 1362 and 8 C.F.R. § 1003.3 in order to enter an appearance to represent a party before the Board of Immigration Appeals. The information you provide is mandatory and required to enter an appearance. Failure to provide the requested information will result in an inability to represent a party or receive notice of actions in a proceeding. EOIR may share this information with others in accordance with approved routine uses described in EOIR's system of records notice, EOIR-001, Records and Management Information System, 69 Fed. Reg. 26,179 (May 11, 2004), or its successors and EOIR-003, Practitioner Complaint-Disciplinary Files, 64 Fed. Reg. 49237 (September 1999).

**CASES BEFORE EOIR** - Automated information about cases before EOIR is available by calling (800) 898-7180 or (240) 314-1500.

**ADDITIONAL INFORMATION:**

---

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is six (6) minutes. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of the General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.

Form EOIR - 27
Rev. July 2015

**ROQUEL DEL VEGA, Santos Marleny**          **A# 208-294-278**

## Proof of Service

I, Stephen A. Pegnam, served a true copy of the following documents:

1. EOIR-27, Notice of Entry or Appearance as Attorney;
2. Notice of Appeal from a Decision of an Immigration Judge;
3. Decision of Immigration Judge dated March 19, 2018.

To the Department of Homeland Security – ICE at the following address via First Class Mail:

> DHS/ICE Office of Chief Counsel – Boston
> JFK Federal Building
> 15 New Sudbury Street Room 425
> Boston, MA 02203

Date: 4/10/18

Stephen A. Pegnam, Esq.

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
JFK FEDERAL BLDG., ROOM 320
BOSTON, MA  02203


Law Office of Stephen A. Lagana
LAGANA, STEPHEN A
145 Essex St.
Lawrence, MA  01840


In the matter of              File A 208-294-278         DATE: Mar 19, 2018
VEGA-DEL ROQUEL, SANTOS MARLENY

__ Unable to forward - No address provided.

X Attached is a copy of the decision of the Immigration Judge. This decision
is final unless an appeal is filed with the Board of Immigration Appeals
within 30 calendar days of the date of the mailing of this written decision.
See the enclosed forms and instructions for properly preparing your appeal.
Your notice of appeal, attached documents, and fee or fee waiver request
must be mailed to:    Board of Immigration Appeals
                      Office of the Clerk
                      5107 Leesburg Pike, Suite 2000
                      Falls Church, VA 22041

__ Attached is a copy of the decision of the immigration judge as the result
of your Failure to Appear at your scheduled deportation or removal hearing.
This decision is final unless a Motion to Reopen is filed in accordance
with Section 242b(c)(3) of the Immigration and Nationality Act, 8 U.S.C. §
1252b(c)(3) in deportation proceedings or section 240(b)(5)(C), 8 U.S.C. §
1229a(b)(5)(C) in removal proceedings.  If you file a motion to reopen, your
motion must be filed with this court:
                      IMMIGRATION COURT
                      JFK FEDERAL BLDG., ROOM 320
                      BOSTON, MA  02203

__ Attached is a copy of the decision of the immigration judge relating to a
Reasonable Fear Review. This is a final order. Pursuant to 8 C.F.R. §
1208.31(g)(1), no administrative appeal is available. However, you may file
a petition for review within 30 days with the appropriate Circuit Court of
Appeals to appeal this decision pursuant to 8 U.S.C. § 1252; INA §242.

__ Attached is a copy of the decision of the immigration judge relating to a
Credible Fear Review. This is a final order. No appeal is available.

X Other: _IJ Order_____

                                    _K T_____
                                    COURT CLERK
                                    IMMIGRATION COURT                    FF

    cc: RUSHER, MARNA
        JFK BLDG, ROOM 425
        BOSTON, MA, 02203

G

# LAW OFFICES OF STEPHEN A. LAGANA

### Attorneys & Counselors at Law
145 Essex Street, Lawrence, Massachusetts 01840
Telephone 978-794-2331    Facsimile 978-794-2441

July 31, 2019

JFK Federal Building
Boston Immigration Court
Government Center
15 New Sudbury Street, Room 320
Boston, MA 02203

Re:   Karla Roquel-Vega
      Rider File No.: 208-294-279
      Diego Roquel-Vega
      Rider File No.: A 208-294-280

**Motion to Reopen**

Dear Sir/Madam:

In the above reference matter, please find enclosed the following documents:

1. Respondent's **Motion to Reopen;**
2. **Supporting Documentation with Index;**
3. **Proposed Order;**
4. Proof of service.

If you have any questions, please do not hesitate to contact this office at (978) 794-2331.

As always, thank you for your prompt attention in this matter.

Very truly yours,

Albert J Saganich III
Law Offices of Stephen A. Lagana
145 Essex Street
Lawrence, MA 01840

---

STEPHEN A. LAGANA.                                   <u>NON- DETAINED</u>
LAW OFFICES OF STEPHEN A. LAGANA
145 ESSEX STREET
LAWRENCE, MA 01840
(978) 794-2331


UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
BOSTON, MA, 02203

| | | |
|---|---|---|
| In the Matter of: | ) | In Removal Proceedings |
| | ) | |
| Roquel-Vega, | ) | File No: A 208-294-279 |
| Karla          (Rider) | ) | |
| | ) | |
| Roquel-Vega, | ) | |
| Diego          (Rider) | ) | File No: A 208-294-280 |
| | ) | |
| Motion to Reopen | ) | |
| | ) | |


<u>**RESPONDENT'S MOTION TO REOPEN**</u>

STEPHEN A. LAGANA.                                    <u>NON-DETAINED</u>
LAW OFFICES OF STEPHEN A. LAGANA
145 ESSEX STREET
LAWRENCE, MA 01840
(978) 794-2331

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
BOSTON, MA, 02203

|  |  |  |
|---|---|---|
| In the Matter of: | ) | In Removal Proceedings |
|  | ) |  |
| Roquel-Vega, | ) | File No: A 208-294-279 |
| Karla          (Rider) | ) |  |
|  | ) |  |
| Roquel-Vega, | ) |  |
| Diego          (Rider) | ) | File No: A 208-294-280 |
|  | ) |  |
| Motion to Reopen | ) |  |

## <u>RESPONDENT'S MOTION TO REOPEN</u>

The Respondent's, Rider Karla Roquel-Vega, and Rider Diego Roquel-Vega, both

citizen's and nationals of Guatemala, entered the United states at or near Laredo Texas on June

3, 2015.  All where placed into proceedings by separate Notice(s) to Appear, each of which was

issued on June 3, 2015.  Respondent's relocated to Massachusetts and were ordered to appear

before the non-detained unit of ICE, at 10 New England Executive Park, Burlington, MA 01803,

on July 7, 2015.

Later, Respondent's each received a Notice of Hearing scheduling a Master Hearing on

January 26, 2016, as well as a Merits hearing March 15, 2018.  Respondent's attended these

hearings, however, due to an error of the Clerk's Office, only the lead respondent's name was included on the Clerk's Office IJ order cover sheet.

All Respondents are aware they are included in the Immigration Judge's order, decided on March 15, 2018, however, the clerk's office cover sheet failed to include the two rider respondents.  The failure to include the rider's denied the rider's the ability to file a BIA appeal. *See Decision of Immigration Judge cover sheet and Appeal Receipt of Lead Respondent.*  Riders are seeking a reissuing of the order of the Immigration Judge in this matter.

Stephen A. Lagana, Esq.
Law Offices of Stephen A. Lagana
145 Essex Street
Lawrence, MA 01840
EOIR ID# CG354929

7/31/2019

Date:

STEPHEN A. LAGANA, ESQ.                    <u>NON-DETAINED</u>
LAW OFFICES OF STEPHEN A. LAGANA
145 ESSEX STREET
LAWRENCE, MA 01840

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
BOSTON, MA, 02203

|  |  |  |
|---|---|---|
| In the Matter of: | ) | In Removal Proceedings |
| | ) | |
| Roquel-Vega, | ) | File No: A 208-294-279 |
| Karla         (Rider) | ) | |
| | ) | |
| Roquel-Vega, | ) | |
| Diego         (Rider) | ) | File No: A 208-294-280 |
| | ) | |
| Motion to Reopen | ) | |

<u>INDEX OF DOCUMENTS</u>

**TABS**              **DOCUMENTS**

A                     *Decision of Immigration Judge Cover Sheet*


B                     *Lead Respondent's Notice of Appeal dated April 12, 2018*

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
JFK FEDERAL BLDG., ROOM 320
BOSTON, MA  02203


Law Office of Stephen A. Lagana
LAGANA, STEPHEN A
145 Essex St.
Lawrence, MA  01840


In the matter of                    File A 208-294-278        DATE: Mar 19, 2018
VEGA-DEL ROQUEL, SANTOS MARLENY

___ Unable to forward - No address provided.
_X_ Attached is a copy of the decision of the Immigration Judge. This decision
is final unless an appeal is filed with the Board of Immigration Appeals
within 30 calendar days of the date of the mailing of this written decision.
See the enclosed forms and instructions for properly preparing your appeal.
Your notice of appeal, attached documents, and fee or fee waiver request
must be mailed to:        Board of Immigration Appeals
                          Office of the Clerk
                          5107 Leesburg Pike, Suite 2000
                          Falls Church, VA 22041
___ Attached is a copy of the decision of the immigration judge as the result
of your Failure to Appear at your scheduled deportation or removal hearing.
This decision is final unless a Motion to Reopen is filed in accordance
with Section 242b(c)(3) of the Immigration and Nationality Act, 8 U.S.C. §
1252b(c)(3) in deportation proceedings or section 240(b)(5)(C), 8 U.S.C. §
1229a(b)(5)(C) in removal proceedings.  If you file a motion to reopen, your
motion must be filed with this court:
                          IMMIGRATION COURT
                          JFK FEDERAL BLDG., ROOM 320
                          BOSTON, MA  02203
___ Attached is a copy of the decision of the immigration judge relating to a
Reasonable Fear Review. This is a final order. Pursuant to 8 C.F.R. §
1208.31(g)(1), no administrative appeal is available. However, you may file
a petition for review within 30 days with the appropriate Circuit Court of
Appeals to appeal this decision pursuant to 8 U.S.C. § 1252; INA §242.


___ Attached is a copy of the decision of the immigration judge relating to a
Credible Fear Review. This is a final order. No appeal is available.

_X_ Other: _IJ Order_____


                                        K.T.
                                        _____
                                        COURT CLERK
   cc: RUSHER, MARNA                    IMMIGRATION COURT               FF
       JFK BLDG, ROOM 425
       BOSTON, MA, 02203

**STEPHEN A. LAGANA, ESQ.**　　　　　　　　　　**NON-DETAINED**
**LAW OFFICES OF STEPHEN A. LAGANA**
**145 ESSEX STREET**
**LAWRENCE, MA 01840**

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**OFFICE OF THE IMMIGRATION JUDGE**
**BOSTON, MA, 02203**

| | | |
|---|---|---|
| In the Matter of: | ) | In Removal Proceedings |
| | ) | |
| Roquel-Vega, | ) | File No: A 208-294-279 |
| Karla　　　　(Rider) | ) | |
| | ) | |
| Roquel-Vega, | ) | |
| Diego　　　　(Rider) | ) | File No: A 208-294-280 |
| | ) | |
| Motion to Reopen | ) | |

## INDEX OF DOCUMENTS

**TABS**　　　　　　　**DOCUMENTS**

A　　　　　　　　　*Decision of Immigration Judge Cover Sheet*


B　　　　　　　　　*Lead Respondent's Notice of Appeal dated April 12, 2018*

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
JFK FEDERAL BLDG., ROOM 320
BOSTON, MA  02203


Law Office of Stephen A. Lagana
LAGANA, STEPHEN A
145 Essex St.
Lawrence, MA  01840


In the matter of            File A 208-294-278        DATE: Mar 19, 2018
VEGA-DEL ROQUEL, SANTOS MARLENY

___ Unable to forward - No address provided.
_X_ Attached is a copy of the decision of the Immigration Judge. This decision
is final unless an appeal is filed with the Board of Immigration Appeals
within 30 calendar days of the date of the mailing of this written decision.
See the enclosed forms and instructions for properly preparing your appeal.
Your notice of appeal, attached documents, and fee or fee waiver request
must be mailed to:     Board of Immigration Appeals
                       Office of the Clerk
                       5107 Leesburg Pike, Suite 2000
                       Falls Church, VA 22041
___ Attached is a copy of the decision of the immigration judge as the result
of your Failure to Appear at your scheduled deportation or removal hearing.
This decision is final unless a Motion to Reopen is filed in accordance
with Section 242b(c)(3) of the Immigration and Nationality Act, 8 U.S.C. §
1252b(c)(3) in deportation proceedings or section 240(b)(5)(C), 8 U.S.C. §
1229a(b)(5)(C) in removal proceedings.  If you file a motion to reopen, your
motion must be filed with this court:
                       IMMIGRATION COURT
                       JFK FEDERAL BLDG., ROOM 320
                       BOSTON, MA  02203
___ Attached is a copy of the decision of the immigration judge relating to a
Reasonable Fear Review. This is a final order. Pursuant to 8 C.F.R. §
1208.31(g)(1), no administrative appeal is available. However, you may file
a petition for review within 30 days with the appropriate Circuit Court of
Appeals to appeal this decision pursuant to 8 U.S.C. § 1252; INA §242.


___ Attached is a copy of the decision of the immigration judge relating to a
Credible Fear Review. This is a final order. No appeal is available.

_X_ Other:  _I J Order_____


                       _____K T_____
                       COURT CLERK
                       IMMIGRATION COURT                          FF

    cc: RUSHER, MARNA
       JFK BLDG, ROOM 425
       BOSTON, MA, 02203

U.S. Department of Justice

Executive Office for Immigration Review 

Board of Immigration Appeals
Office of the Clerk

5107 Leesburg Pike, Suite 2000
Falls Church, Virginia 22041

Pegnam, Stephen Arthur
Law Offices of Stephen A. Lagan
145 Essex Street
Lawrence, MA 01340

DHS/ICE Office of Chief Counsel - BOS
P.O. Box 8728
Boston, MA 02114

Name: VEGA DEL ROQUEL, SAN JOSE                    A 201-294-978

Type of Proceeding: Removal                         Date of this notice: 4/12/2018

Type of Appeal: Case Appeal                          Filed by Alien

FILING RECEIPT FOR APPEAL

The Board of Immigration Appeals acknowledges receipt of your appeal and fee or fee waiver request (which, if applicable) on 4/11/2018           in the above-referenced case.

WARNING: If you leave the United States after filing this appeal but before the Board issues a decision your appeal will be considered withdrawn and the Immigration Judge's decision will become final as if no appeal had been taken (unless you are an "arriving alien" as defined in the regulations under 8 C.F.R. § 1001.1(q)).

WARNING: If you have been granted voluntary departure by the Immigration Judge, you must submit sufficient proof of having posted the voluntary departure bond set by the Immigration Judge to the Board of Immigration Appeals. Your submission of proof must be provided to the board within 30 days of filing this appeal. If you do not timely submit proof to the Board that the voluntary departure bond has been posted, the Board cannot reinstate the period of voluntary departure. 8 C.F.R. § 1240.26(c)(3)(ii).

PLEASE NOTE:
In all future correspondence or filings with the Board, please list the name and alien registration number ("A" number) of the case (as indicated above), as well as all of the names and "A" numbers for every family member who is included in this appeal.

If you have any questions about how to file something with the Board, you should review the Board's Practice Manual at www.justice.gov/eoir.

Proof of service on the opposing party is required for ALL submissions to the Board of Immigration Appeals, including correspondence, forms, briefs, motions, and other documents. If you are the Respondent or applicant, the "Opposing Party" is the District Counsel for the DHS or the Director of HHS/ORR at the address shown above. Your certificate of service must clearly identify the document sent to the opposing party, the opposing party's name and address, and the date it was sent to them. Any submission sent to the Board without a certificate of service on the opposing party will be rejected.

DeMartiD

Userteam: East

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**BOSTON, MA, 02203**

**In the Matter of: Rider: Karla Roquel-Vega**              **File No.: A 208-294-279**
            **Rider: Diego Roquel-Vega**                    **File No.: A 208-294-280**

<u>**ORDER OF THE IMMIGRATION JUDGE**</u>

Upon consideration of the Respondents's, **Karla Roquel-Vega,** and **Diego Roquel-Vega,**
Motion to Reopen, is HEREBY ORDERED that the motion be:

**[ ] GRANTED   [ ] DENIED**  because:

       [ ] DHS does not oppose the motion.
       [ ] The respondent does not oppose the motion.
       [ ] A response to the motion has not been filed with the court.
       [ ] Good cause has been established for the motion.
       [ ] The court agrees with the reasons stated in the opposition to the motion.
       [ ] The motion is untimely per_____.
       [ ] Other:

Deadlines:

       [ ] The application(s) for relief must be filed by_____.
       [ ] The respondent must comply with DHS biometrics instructions by _____.


_____                    _____
    Date                                    Immigration Judge


_____

Certificate of Service

This document was served by: [ ] Mail   [ ] Personal Service
To: [ ] Alien   [ ] Alien c/o Custodial Officer   [ ] Alien's Atty/Rep  [ ] DHS
Date:_____                    By; Court Staff _____

**Re: Rider: Karla Roquel-Vega**           **File No.: A 208-294-279**
     **Rider: Diego Roquel-Vega**         **File No.: A 208-294-280**

## PROOF OF SERVICE

On <u>July 31, 2019</u>, I, <u>Stephen A. Lagana</u> served a copy of the following documents:

1. Respondent's **Motion to Reopen;**
2. **Supporting Documentation with Index;**
3. **Proposed Order;**
4. Proof of service.

To the Department of Homeland Security – ICE at the following address:

<div align="center">

JFK Federal Building
15 New Sudbury Street, Room 425
Boston, MA, 02203

</div>

Stephen A. Lagana, Esq.                 7/31/2019
Law Offices of Stephen A. Lagana        Date:
145 Essex Street
Lawrence, MA 01840

H

May 22, 2020



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
P.O. Box 82521
Lincoln, NE 68501-2521

## U.S. Citizenship and Immigration Services

STEPHEN A LAGANA
LAW OFFICE OF STEPHEN A LAGANA
145 ESSEX STREET
LAWRENCE, MA 01840



LIN2090227578

RE: KARLA MARLENY ROQUEL VEGA
I-765, Application for Employment Authorization



A208-294-279

<u>**DECISION**</u>



This notice refers to your Form I-765, Application for Employment Authorization, filed on February 21, 2020, in which you are requesting employment authorization pursuant to Title 8, Code of Federal Regulations (8 CFR) 274a.12 (c)(8).  Upon consideration, it is ordered that your application be denied for the following reason(s):

8 CFR § 274a.12(c)(8) allows for granting employment authorization to:

An alien who has filed a complete application for asylum or withholding of deportation or removal pursuant to 8 CFR part 208, whose application:

(i) Has not been decided, and who is eligible to apply for employment authorization under § 208.7 of this chapter because the 150-day period set forth in that section has expired. Employment authorization may be granted according to the provision of § 208.7 of this chapter in increments to be determined by … [USCIS] and shall expire on a specified date; or

(ii) Has been recommended for approval, but who has not yet received a grant of asylum or withholding or deportation or removal;

8 CFR § 208.7(a) states, in pertinent part:

(1) . . . an applicant for asylum . . . shall be eligible . . . to submit a Form I-765, Application for Employment Authorization . . . The application shall be submitted no earlier than 150 days after the date on which a complete asylum application . . . has been received . . . no employment authorization shall be issued to an asylum applicant prior to the expiration of the 180-day period following the filing of the asylum application filed on or after April 1, 1997.

(2) . . .any delay requested or caused by the applicant shall not be counted as part of these time periods . . .

A review of the record shows that you filed Form I-589, Application for Asylum and for Withholding of Removal, on February 10, 2016 with the Immigration Courts.  Your application was denied on

March 15, 2018, and you filed an appeal with the BIA on April 11, 2018 that is currently pending. However, the 180 Day Asylum EAD Clock stopped and it has not been restarted as of the date of this letter.

You are not eligible for employment authorization under 8 CFR § 274a.12(c)(8) because less than the required 180 days have elapsed.

For more information about the Asylum EAD Clock, visit uscis.gov/asylum/ABT.

USCIS is not required to approve applications or petitions where eligibility has not been demonstrated merely because of prior approvals which may have been erroneous.  Matter of Khan, 14 I&N Dec 397 (BIA 1973), by extension; Matter of M-, 4 I&N Dec 532 (BIA 1951; BIA, A.G. 1952).

For this reason, your application must be and hereby is denied.

NOTICE:  USCIS regulations do not provide for an appeal to this decision.  However, you may file a motion to reopen or reconsider an adverse decision. A motion must be filed using Form I-290B, Notice of Appeal or Motion.  Form I-290B must be filed within 30 days from the date of this notice (33 days if this notice was received by mail) with the appropriate filing fee and other documentation in support of the motion. Do not send the completed Form I-290B directly to the Nebraska Service Center.  For more information about filing motions, as well as fee required and filing locations, and to download Form I-290B, please visit the USCIS website at www.uscis.gov. You may also contact the USCIS Contact Center at 800-375-5283.

However, this denial is without prejudice to the filing of an Application for Employment Authorization under any category for which you may qualify.

Sincerely,

L. Miller
Director
Officer: 5122

